```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,              :
                                       :    ORDER
       v.                              :
                                       :    20 CR 517-3 (VB)
TERRANCE ROSE,                         :
              Defendant.               :
--------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/20

An initial conference for defendant Terrance Rose is scheduled for November 19, 2020, at 11:00 a.m. Because of the current public health emergency, the Court will conduct the conference by telephone, provided that defendant waives his right to be physically present and consents to appear by telephone after consultation with counsel.

Accordingly, it is hereby ORDERED:

1. By November 16, 2020, defense counsel shall advise the Court in writing as to whether his client waives his right to be physically present and consents to appear by telephone.

2. At the time of the scheduled hearing, all counsel and defendant shall attend by calling the following number and entering the access code when requested:

**Dial-In Number:** (888) 363-4749 (toll free) or (215) 446-3662
**Access Code:** 1703567

Dated: November 12, 2020
       White Plains, NY

SO ORDERED:

*Vincent L. Briccetti*
Vincent L. Briccetti
United States District Judge