USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/2021

March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

Terrance Rose,
                      Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

7:20 -CR- 00517 (VB) (8)

Defendant _Terrance Rose_ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

**X** Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_Terrance Byrd (by VB)_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Terrance R. Rose_
Print Defendant's Name

_[signature]_
Defense Counsel's Signature

_Howard Greenberg_
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

6/28/21
~~6-21-2021~~
Date

_[signature]_
U.S. District Judge/~~U.S. Magistrate Judge~~