UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TERRANCE ROSE,
                    Petitioner,

v.

UNITED STATES OF AMERICA,
                    Respondent.
--------------------------------------------------------------x

**ORDER**

22 CV 10357 (VB)
20 CR 517-3 (VB)

       By letter dated June 20, 2023, which will be separately docketed, petitioner Rose (1) states that he did not receive a response to his May 2023 letter to the Court requesting an extension of time to file a reply to the government's answer in this case, and (2) asks for permission to "write a regular letter, stating the facts I want to present, to show legal merit, of my response to the government, with supporting cases."

       As to the first point, by memo endorsement order dated May 22, 2023, the Court granted petitioner's request and extended his deadline to file a reply to June 30, 2023. A copy of that order was mailed to petitioner.

       As to the second point, the Court GRANTS petitioner's request to submit a letter containing his arguments in response to the government's answer. Petitioner's submission need not be in any particular form and may be handwritten, so long as the handwriting is legible. It must set forth in detail all of the facts and legal arguments petitioner wishes to make.

       Under the circumstances, the Court further extends petitioner's time to file his reply to **August 30, 2023**. Absent further order, petitioner's Section 2255 motion shall be considered fully submitted as of that date, and will be decided in due course.

       Chambers will mail a copy of this Order to petitioner at the following address:

Terrance Rose, Reg. No. 06502-509
USP Hazelton
U.S. Penitentiary
P.O. Box 2000
Bruceton Mills, WV 26525

Dated: June 27, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge