Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TERRANCE ROSE,
          Petitioner,

v.

UNITED STATES OF AMERICA,
          Respondent.
-----------------------------------------------------------x

**ORDER**

22 CV 10357 (VB)
20 CR 517-3 (VB)

      On August 25, 2023, petitioner filed a reply (which is dated August 8, 2023) in connection with his Section 2255 motion. The reply will be separately docketed.

      Because the reply makes additional arguments beyond those made in the initial motion, the Court would benefit from a further response from the government. Also, the reply appears to make an argument for a reduction of sentence under 18 U.S.C. § 3582(c)(1)(A)(i), commonly referred to as a "compassionate release motion."

      Accordingly, by September 28, 2023, the government shall file a response to petitioner's reply, including a response to what appears to be a compassionate release motion. Upon receipt of the government's response, the Court will decide whether it requires any further submission from petitioner.

      Chambers will mail a copy of this Order to petitioner at the following address:

Terrance Rose, Reg. No. 06502-509
USP Hazelton
U.S. Penitentiary
P.O. Box 2000
Bruceton Mills, WV 26525

Dated: August 28, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge