Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x

UNITED STATES OF AMERICA :
:
v. :
:
TERRANCE ROSE, :
Defendant. :

-----------------------------------------------------x

**ORDER**

20 CR 517-3 (VB)

Chambers received a letter from defendant requesting information about his previously-filed compassionate release motion. (Doc. #181). Defendant's compassionate release motion was denied in a sealed order on March 23, 2026. Nothing in Rose's most recent letter warrants reconsideration of the denial of the compassionate release motion. To the extent Rose is making a new compassionate release motion, that motion is denied for the reasons stated in the Court's March 23 Order.

Chambers will mail a copy of this Order and the March 23 Order denying defendant's compassionate release motion to defendant at the following address:

Terrance Rose, Reg. No. 06502-509
FCI Butner Medium I
Federal Correctional Institution
P.O. Box 1000
Butner, NC 27509

Dated: August 10, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge